UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JENNIFER NEILANDER; and<br>DARRELL R. NEILANDER,<br><br>    Plaintiffs,<br><br>v.<br><br>SPECIALIZED LOAN SERVICING LLC;<br>RMS RESIDENTIAL PROPERTIES LLC;<br>and BENDETT AND MCHUGH PC,<br><br>    Defendants. | Civ. A. No.: 3:11-CV-01551-JCH |

## MOTION TO STRIKE AFFIDAVIT OF NEIL GARFIELD
## SUBMITTED IN SUPPORT OF PLAINTIFFS' OPPOSITION
## TO DEFENDANTS' MOTION TO DISMISS

Defendants Specialized Loan Servicing LLC ("SLS") and RMS Residential Properties LLC ("RMS") (collectively "Defendants"), hereby move to strike the Affidavit of Neil Garfield, which was notarized on May 7, 2012 and filed by Plaintiffs Jennifer Neilander and Darrell R. Neilander ("Plaintiffs") on May 17, 2012 (the "Affidavit"), as support for Plaintiffs previously filed Opposition to Defendants' Motion to Dismiss. The Affidavit, and all references to the Affidavit in Plaintiff's Opposition, should be stricken, pursuant to Fed. R. Civ. P. 12(f), because the Affidavit: (a) fails to comply with the requirements of Fed. R. Civ. P. 26(a)(2)(B); (b) is wholly irrelevant to the issues of law and fact raised in the Complaint; and (iii) is factually

inaccurate and inconsistent with both Plaintiffs' representations regarding the Affidavit and federal law regarding securitization. As further grounds in support of this Motion, Defendants incorporate herein by reference the *Memorandum to Strike Affidavit of Neil Garfield Submitted in Support of Plaintiffs' Opposition to Defendants' Motion to Dismiss*, filed concurrently herewith.

WHEREFORE, Defendants Specialized Loan Servicing LLC, and RMS Residential Properties LLC, respectfully request that the Court strike: (i) the Affidavit of Neil Garfield submitted by Plaintiffs; and (ii) all references to the Affidavit in Plaintiff's Opposition to Defendants' Motion to Dismiss.

                                      SPECIALIZED LOAN SERVICING LLC, and
                                      RMS RESIDENTIAL PROPERTIES LLC,
                                      By Their Attorneys,

Dated: June 8, 2012            */s/ Valerie N. Kloecker*
                                      Valerie N. Kloecker, ct27251
                                      HINSHAW & CULBERTSON LLP
                                      28 State Street, 24th Floor
                                      Boston, MA 02109
                                      617-213-7000
                                      617-213-7001 (facsimile)
                                      vkloecker@hinshawlaw.com

## **CERTIFICATE OF SERVICE**

      I, Valerie N. Kloecker, certify that on this 8th day of June, 2012, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF system.  In addition, I hereby certify that on this 8th day of June, 2012, a copy of the foregoing was served via first class mail, postage prepaid, to the following parties:


Jennifer Neilander, pro se                     Bendett & McHugh PC
Darrell R. Neilander, pro se                160 Farmington Avenue
30 King Street                                        Farmington, CT 06032
Wallingford, CT 06492


                                                    */s/ Valerie N. Kloecker*
                                                    Valerie N. Kloecker