**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

FILED

2012 JUL 17 AM 9 30

U.S. DISTRICT COURT
NEW HAVEN, CT.

Darrell Neilander
Jennifer Neilander
Name of Plaintiff/Petitioner

v.

Case No. 3:11-CV-01551-JCH

Sepecialized Loan Servicing LLC
Name of Defendant/Respondent
et AL

## MOTION FOR APPOINTMENT OF COUNSEL

PERSONAL/FINANCIAL DATA

1. Your full name: Jennifer Neilander

   Your present mailing address: 30 King St, Wallingford, CT
   06492

   Telephone number: 203 376·4541

2. Are you presently employed? YES ✓ NO ___

3. If your answer to #2 is YES, please provide the name and address of your employer and the amount of your usual weekly earnings. The Hartford, 400
   Executive Blvd, Southington, CT

   ___Weekly earnings: 48750

4. If you are not presently employed, please provide the name and address of your last

Rev. 2/3/05

employer, the date (approximate) that you last worked, and the amount of weekly earnings you were receiving. _____

_____

_____

Date last worked: _____

Weekly earnings: _____

5.    Approximately how much money have you received in the past twelve months in the form of:

a) salary, wages, commissions, or earned income of any kind? _25,350 $^{oc}$_

b) interest, dividends, rents or investments of any kind? _____Ø_____

c) gifts or inheritances of any kind? _Ø_____

6.    How much money do you have in any checking or savings account(s)?

Checking: _1.00_____

Savings: _Ø_____

Prison account: _Ø_____

7.    Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding household items and clothing)? YES ____ NO _✓_

If YES, describe the property and state the approximate value: _____

_____

_____

8.    How much money do you owe others? _____

For each debt, state the name of the creditor and the amount owed:

CREDITOR                                            AMOUNT OWED

Discover 1 - $22,000.00
2 - $1,200.00
Household $2,100.00
Capitol One $1,000.00
Fingerhut $880.00
Dell $1,000.00
Orchard Bank $240.00

Credit Acceptance - $9,000.00 (car)
Blasius loan $6,000.00
Prosper loan $4,000.00
Mortgage (unkown) $180,000.00
Federal taxes $6,000.00

9. List the persons who depend upon you for support, and state your relationship to them. If any person is a minor child, identify that person by initials only.

CN age 13, MN age 11, + GN age 7

10. Are there any persons regularly residing in your household who are over the age of 18 and who are presently employed? YES ✓ NO ____

If the answer is YES, please provide the following information for each such person:

Name: Darrell Neilander

Relationship: husband

Employer: Blasius Chevrolet

Weekly Earnings: $925.00

11. Include any other information which supports your claim that you cannot financially afford to employ an attorney. At this present point in time we currently have too many liabilities and all attorneys require large retainers, with monthly charges.

NATURE OF YOUR CLAIM

12. Describe in your own words the nature of the claim which you are presenting to the court in your complaint/petition. Fair Debt collection Practices, Fair Credit Reporting, + Connecticut Unfair Trade Practices

(Additional space on next page)

_____

_____

_____

_____

EFFORTS TO OBTAIN AN ATTORNEY
The Court strongly suggests that you contact a minimum of three attorneys.

13. Have you spoken with any attorney about handling your case?  YES ✓   NO __

14. If your answer to #13 is YES, please provide the following information about each attorney with whom you spoke:

a) Attorney's name  William Cashman

Date you contacted this attorney  2/2012

Method of contact (in person, by telephone, etc.)  telephone

_____

Reason why attorney was not employed to handle your case  Retainer issues

_____

b) Attorney's name  Joshua Cohen

Date you contacted this attorney  5/24/12

Method of contact (in person, by telephone, etc.)  email

_____

Rev. 2/3/05                          4

Reason why attorney was not employed to handle your case _too complicated_
_litigation & retainer_

c) Attorney's name _Joanne Faulkner_

Date you contacted this attorney _12/2011_

Method of contact (in person, by telephone, etc.) _telephone + email_

Reason why attorney was not employed to handle your case _too complicated_
_litigation_

15.  Explain any other efforts you have made to obtain an attorney to handle your case.
_I have conctacted law schools and_
_the ACLU._

16.  Please provide any other information which supports your application for the court to appoint counsel. _This case has very complicated_
_legal issues that are beyond our comprehension._
_Defendants are multi-million dollar companies_
_and have retained seasoned litigators, without_
_the appointment of counsel justice will not be saved._

17.  Do you need a lawyer who speaks a language other than English?
     YES ____   NO _✓_

If you answered YES, what language do you speak? _____

I declare under the penalties of perjury that my answers to the foregoing questions are true to the best of my knowledge.

I understand that if I am assigned a lawyer and my lawyer learns, either from myself, or elsewhere, that I can afford a lawyer, the lawyer may give this in formation to the court.  See Local Rule 83.10(b)(4) and (g).

I understand that if my answers on my application to proceed in forma pauperis and/or on this application for appointment of counsel are false, my case may be dismissed.  See 28 U.S.C. §1915(e).

I hereby waive my privilege of attorney-client confidentiality to the extent necessary for my appointed attorney to make an application to be relieved from appointment as provided in Local Rules 83.10(c) and (d).

I understand that filing this motion does not excuse me from litigating my case, and that it is still my responsibility to have the defendants served with process in accordance with Rule 4 of the Federal Rules of Civil Procedure, if I have not already done so.  I also understand that filing this motion does not stay this case and does not excuse me from responding to any motion filed by the defendants.



7/16/12
Date

Original Signature of Movant

Jennifer Nailander
30 King St
Wallingford CT 06492

Printed Name and Address of Movant

If this motion is being filed AFTER the complaint has been served, the opposing party needs to be served with a copy of this motion and a certificate of service needs to be completed.

I hereby certify that a copy of the foregoing motion was mailed to:

Rev. 2/3/05                                              6

(List all defendants or counsel for defendants with address and date mailed.)

7/17/12 Bendett & McHugh 160 Farmington Ave, Farmington CT 06032
7/17/12 HINSHAW & Culbertson LLP, 28 State St, 24th Flr, Boston MA 02109

_____

Original Signature of Movant

Jennifer Neilander

Certificate of Service

I, Jennifer Neilander, certify that on this day of July 17th, 2012, a copy of the foregoing was served via first class mail to the above named defendants.

Jennifer Neilander